SO ORDERED.

Dated: November 05, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22009/1218075762

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Caldwell A. Spencer<br>    Debtor.<br>_____<br>The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JPMorgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9<br><br>    Movant,<br>vs.<br><br>Caldwell A. Spencer, Debtor; Jill H. Ford, Trustee.<br><br>    Respondents. | No. 2:09-BK-20347-CGC<br><br>Chapter 7<br><br>(Related to Docket #11)<br><br>**ORDER APPROVING STIPULATION REGARDING MOTION FOR RELIEF AND ALLOW LOAN MODIFICATION** |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed

of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein Caldwell A. Spencer, is designated as trustor and The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JPMorgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot One Hundred Fifty Seven, (157), Mountain Vista Ranch parcel 7 amended, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in book 475 of maps, page 47.

IT IS FURTHER ORDERED that Movant and Debtor agrees to the terms and conditions of the proposed Loan Modification of its Deed of Trust against the Debtor's interest in the real property located at 1216 West Deoni Court Queen Creek, AZ. A copy of the proposed Loan Modification is attached hereto as Exhibit "A" and incorporated herein by this reference.

DATED this _____ day of 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

"Exhibit A"


AMERICA'S SERVICING COMPANY

3476 STATEVIEW BLVD. FORT MILL, SC. 29715 PHONE: 805-577-9008. FAX: 815-577-9031
September 25, 2009

NICK RAYES ATTORNEY AT LAW
NICK RAYES
2100 N CENTRAL AV #220
PHOENIX AZ 85004

NAME: SPENCER A CALDWELL
CASE: 0920347
LOAN: 1218075762

Dear Sir or Madam:

ASC previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that ASC is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

THE PROPOSED STEP-RATE LOAN MODIFICATION WOULD CONSIST OF THE FOLLOWING CHANGES:

| CURRENT TERMS | | Proposed Modified Terms | |
|---|---|---|---|
| Current UPB | $190,849.82 | Post Modification UPB | $211,272.21 |
| Current Maturity Date | 08/01/2035 | Post Modification Maturity Date | 11/01/2049 |
| Current Term (in months) | 309 | Post Modification Term (in months) | 480 |
| Current Payment Due Date | 07/01/2008 | Post Modification Due Date | 12/01/2009 |
| Current P & I | $1,033.77 | Post Modification P & I | $639.79 |
| Current Payment Amount | $1,209.88 | Estimated Post Modification Payment Amount | $804.47 |
| Amount Capitalized | $20,422.39 | Contribution Required | $2,224.32 |
| Current Interest Rate | 06.500% (ARM) | Post Modification Interest Rate | Step rate outlined below |

| | Interest Rate | Effective Date | P&I Payment |
|---|---|---|---|
| Step 1 | 02.00% | 11/01/2009 | $639.79 |
| Step 2 | 03.00% | 11/01/2010 | $756.32 |
| Step 3 | 04.00% | 11/01/2011 | $882.99 |
| Step 4 | N/A | N/A | N/A |
| Step 5 | N/A | N/A | N/A |
| Step 6 | N/A | N/A | N/A |
| Step 7 | N/A | N/A | N/A |

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage.** When written consent is obtained it should be forwarded to my attention. <u>Once received, we will generate the loan documents to you for original signatures</u>. ASC will then withdraw any proof of claim in this case and process, the modification as noted.

If the case has already closed, forward our office a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

**<u>THE APPROVAL IS CONTINGENT ON COURT CONSENT OR RELEASE OF THE CASE.</u>**

*With regards to a chapter 7 bankruptcy, due to the variance in requirements from district to district, ASC does not have a standard reaffirmation agreement to extend. If your client intends to reaffirm, please provide us with your district specific agreement. We will complete the required entries and return to your office for the required undue hardship analysis and filing with the respective court.*

Please call me at the number listed below, should you have any questions.

I thank you for your time and support in this case.

SINCERELY,

SHANAY MAYBERRY

Cc: SPENCER A CALDWELL